**JUDGE KARAS**

IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

08 CV 6402

---

ASGCO MANUFACTURING, INC.,

                Plaintiff,

-against-

WDF, INC., WDF/GREENE-A KEYSPAN ENERGY
CORPORATION, FEDERAL INSURANCE COMPANY,
VARIOUS JOHN DOES, JANE DOES and XYZ
COMPANIES,

                Defendants.

---

**RULE 7.1 STATEMENT**

Civ.

PURSUANT TO RULE 7.1 OF THE FEDERAL RULES OF CIVIL PROCEDURE, TO ENABLE JUDGES AND MAGISTRATE JUDGES OF THE COURT TO EVALUATE POSSIBLE DISQUALIFICATION OF RECUSAL, THE UNDERSIGNED COUNSEL FOR:

**PLAINTIFF**

CERTIFIES THAT THE FOLLOWING ARE CORPORATE PARENTS, AFFILIATES AND/OR SUBSIDIARIES OF SAID PARTY WHICH ARE PUBLICLY HELD.

**NONE**

Dated: Woodbury, New York
       July 11, 2008

                                    Kaufman Dolowich & Voluck LLP
                                    Attorneys for Plaintiff, ASGCO.

                                    By: _____
                                    Matthew J. Minero (MM 4925)
                                    135 Crossways Park Drive, Suite 201
                                    Woodbury, New York 11797
                                    (516) 681-1100



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED