STATE OF NEW YORK
INSURANCE DEPARTMENT
One Commerce Plaza
Albany, NY 12257

STATE OF NEW YORK
District Court, Southern District of New York

.................................................................................................................

ASGCO MANUFACTURING, INC.                                                    08 CIV 6402

                                 against                              Plaintiff(s)

WDF, Inc., WDF/Greene-A Keyspan Energy Corporation,
etal., and
Federal Insurance Company                                                    Defendant(s)

.................................................................................................................

RE :  Federal Insurance Company

Attorney for Plaintiff(s) and Defendant  please take notice as follows:

Sirs :
Attorney for Plaintiff(s) is hereby advised of acknowledgement of service upon me of
Summons and Complaint in the above entitled action on July 29, 2008 at New York,
New York. The $40 fee is also acknowledged.

Original to Attorney for Plaintiff(s) :

    Kaufman Dolowich & Voluck LLP
    Attorneys at Law
    135 Crossways Park Drive, Suite 201
    Woodbury,  New York 11797

Pursuant to the requirement of section 1212 of the Insurance Law, Defendant is hereby
notified of service as effected above. A copy of the paper is enclosed.

Duplicate to  Defendant :

    CT Corporation
    Federal Insurance Company
    111 Eighth Avenue
    13th Floor
    New York, New York 10011

*Clark J. Williams* (signature)

by Clark J. Williams
Special Deputy Superintendent

Dated Albany, New York, August 04, 2008
435960        C.A.#192537