AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Southern District of New York

ASGCO MANUFACTURING, INC.,

V.

WDF, INC., WDF/GREENE-A KEYSPAN ENERGY, CORPORATION, et al.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:

**08 CV 6402**

**JUDGE KARAS**

TO: (Name and address of Defendant)

WDF, Inc.
30 North MacQuestin Parkway
Mt. Vernon, New York 10550

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

KAUFMAN DOLOWICH & VOLUCK LLP
135 Crossways Park Drive, Suite 201
Woodbury, New York 11797
(516) 681-1100

an answer to the complaint which is served on you with this summons, within ___30___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

JUL 17 2008

J. MICHAEL McMAHON

CLERK _____ DATE

_Catherine Lapsley_

(By) DEPUTY CLERK

| PROOF OF SERVICE |
|---|

DATE: July 22, 2008	PLACE: 30 N. MacQuestin Parkway, Mount Vernon, NY 10550

SERVED: WDF, Inc.

Served on (Print Name) : Dina Cardoso	Manner of Service: Corproate Service

Served by (Print Name):  Douglas G. Hilfman	Title: Process Service / License # 0873449

| DECLARATION OF SERVER |
|---|

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.

Executed on:    July 23, 2008

SIGNATURE OF SERVER

<u>64 Sylvia Lane, Plainview, NY 11803</u>
ADDRESS OF SERVER

Rule 45, Federal Rules of Civil Procedure, Parts C & D: