AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Southern District of New York

ASGCO MANUFACTURING, INC.,

**SUMMONS IN A CIVIL ACTION**

V.

WDF, INC., WDF/GREENE-A KEYSPAN ENERGY, CORPORATION, et al.

CASE NUMBER: 08 CV 6402

**JUDGE KARAS**

TO: (Name and address of Defendant)

WDF/Greene-A KeySpan Energy Company
30 North MacQuestin Parkway
Mt. Vernon, New York 10550

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

KAUFMAN DOLOWICH & VOLUCK LLP
135 Crossways Park Drive, Suite 201
Woodbury, New York 11797
(516) 681-1100

an answer to the complaint which is served on you with this summons within ___30___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON                                            JUL 17 2008

CLERK                                                          DATE

_Catherine Lapsley_
(By) DEPUTY CLERK

| PROOF OF SERVICE |
|---|

DATE: July 22, 2008          PLACE: 30 N. MacQuestin Parkway, Mount Vernon, NY 10550

SERVED: WDF, Inc. / Greene – A Key Span Energy Company

Served on (Print Name) : Dina Cardoso           Manner of Service: Corproate Service

Served by (Print Name): Douglas G. Hilfman      Title: Process Service / License # 0873449

| DECLARATION OF SERVER |
|---|

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.

Executed on:   July 23, 2008

SIGNATURE OF SERVER

64 Sylvia Lane, Plainview, NY 11803
ADDRESS OF SERVER

Rule 45, Federal Rules of Civil Procedure, Parts C & D: