UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------X
ASGCO MANUFACTURING, INC.,

                 Plaintiff,

- against -

WDF, INC., WDF/GREENE-A KEYSPAN
ENERGY CORPORATION, FEDERAL
INSURANCE COMPANY, VARIOUS JOHN
DOES, JANE DOES, AND XYZ COMPANIES,

                 Defendants.
--------------------------------------------------X

STIPULATION EXTENDING TIME TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT

Index No. 08 CV 6402

    It is hereby agreed by and between the parties that the time for defendants WDF, INC. and FEDERAL INSURANCE COMPANY to answer, move, or otherwise respond to the Complaint shall be extended to September 19, 2008. No extensions of time have been obtained prior to this one. This stipulation may be executed in two or more counterparts, each of which shall be deemed to be an original but all of which together shall constitute one and the same instrument.

Matthew J. Minero
Kaufman, Dolowich & Voluck LLP
Suite 201
Woodbury, NY 11797

By: _____
Matthew J. Minero (MM-4925)

WDF, Inc.
30 No. MacQuesten Pkwy
Mount Vernon, NY 10550

By: _____
Joseph DoCurto
President and COO

Federal Insurance Company
600 Independence Pkwy
PO Box 2191
Chesapeake, VA 23327-4700

By: _____
Vincent C. Minco (VM-4802)

SO ORDERED

_____
KENNETH M. KARAS U.S.D.J.
8/28/08

┌─────────────────────────────┐
│ USDS SDNY                   │
│ DOCUMENT                    │
│ ELECTRONICALLY FILED        │
│ DOC #: _____            │
│ DATE FILED: _____       │
└─────────────────────────────┘